JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ESCP CORP., an Iowa corporation,<br><br>Defendants. | Case No. 8:24-cv-00096-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 14]" entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have **JUDGMENT** in its **FAVOR** and **AGAINST** Defendant ESCP Corp. in the amount of **$135,041.40** (consisting of the principal amount due of $114,989.84; prejudgment interest of $12,249.63; litigation costs of $515.00; and attorneys' fees of $7,286.93).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 30, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-